UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DARNELL TATEM

v.

ERINN DOLAN

PRISONER
CIVIL NO. 3:02cv1201 (CFD)

## J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the motion for summary judgment and all the related papers. On January 20, 2004, the Court filed its Ruling on Defendant's Motion for Summary Judgment granting the motion.

Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 26th day of January, 2004.

KEVIN F. ROWE, Clerk

By_____
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____